# FILED

04/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0664

## IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0664

---

WALTER JOEY OVERSTREET,

      Plaintiff and Appellant,

    v.

ERICK FETTERHOFF in his official and individual capacities, and JOHN DOES 3-7, BARBARA WATSON, individually, and WATSON CRASH RECONSTRUCTION, LLC, MONTANA HIGHWAY PATROL, and PARK COUNTY, MONTANA, a political subdivision, BRUCE BECKER, individually, and as Park County Attorney, SHANNAN PICCOLO, individually, and as Deputy Park County Attorney, STATE OF MONTANA, and KENDRA LASSITER, individually, and in her official capacity as Park County Attorney,[1]

      Defendants and Appellees.

---

## ORDER GRANTING EXTENSION OF TIME

---

Upon consideration of the Appellees' Unopposed Motion for Extension of Time in which to file their Answering Brief, and for good cause appearing, IT IS HEREBY ORDERED THAT the Motion is granted, and Appellees shall have until May 27, 2024, to file their answering brief.

---

[1] Kendra Lassiter is improperly named in this appeal, as the district court denied Appellant's motion to amend the underlying complaint to substitute Lassiter (D.C. Doc. 122) and that order was not appealed.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 11 2024

ORDER - PAGE 1